| | | | |
|---|---|---|---|
| In Int. of: E.O.R. | 808 MDA 2016 Affirmed | 12/12/2016 | 83862 83863 (Berks) |
| In re A.R.; Appeal of B.R. | 920 MDA 2016 Affirmed | 12/12/2016 | RT–3–2016(A) (Adams) |
| Com. v. Smith | 631 WDA 2015 Affirmed | 12/12/2016 | CP–02–CR–0013592–2014 CP–02–CR–0014867–2014 (Allegheny) |
| Pirro v. Scanlon | 1716 WDA 2015 Affirmed | 12/12/2016 | FD11–006795–006 (Allegheny) |
| L.S. Sadler v. Eloop | 1905 WDA 2015 Affirmed | 12/12/2016 | G.D. 12–003134 (Allegheny) |
| Fiumara v. Supportive Housing | 2032 WDA 2015 Affirmed, Reversed and Remanded | 12/12/2016 | No. GD–12–19281 (Allegheny) |
| Com. v. Clapper | 161 WDA 2016 Affirmed | 12/12/2016 | CP–02–CR–0013172–2009 (Allegheny) |
| Comensky v. Duquesne Business Advisory | 402 WDA 2016 Affirmed | 12/12/2016 | GD–06–016735 (Allegheny) |
| Com. v. Randall | 2961 EDA 2014 Remanded | 12/13/2016 | CP–51–CR–0003557–2012 (Philadelphia) |
| Com. v. Grebb | 3330 EDA 2015 Affirmed | 12/13/2016 | CP–45–CR–0000764–2007 (Monroe) |
| Com. v. Fulton | 3791 EDA 2015 Affirmed | 12/13/2016 | CP–51–CR–0003414–2014 (Philadelphia) |
| Com. v. Mojica | 453 EDA 2016 Affirmed | 12/13/2016 | CP–51–CR–0744031–1991 (Philadelphia) |
| Com. v. Dunn | 543 EDA 2016 Affirmed | 12/13/2016 | CP–51–CR–0009554–2009 (Philadelphia) |
| Edmond v. Phila Park Casino | 623 EDA 2016 Affirmed | 12/13/2016 | No. 2010–01591–36 (Bucks) |
| Furjan v. University of Pennsylvania [9] | 718 EDA 2016 Affirmed | 12/13/2016 | Case No. 140303605 (Philadelphia) |
| Cisneros v. Rouse | 775 EDA 2016 Quashed | 12/13/2016 | 3285, September Term, 2013 (Philadelphia) |
| Com. v. Kelly Bey | 1624 MDA 2015 Affirmed | 12/13/2016 | CP–21–SA–0000077–2015 (Cumberland) |

9. Petition for reargument denied February 14, 2017.